———o———

JEFFERSON MUTUAL FIRE INSURANCE COMPANY, Respondent, *vs.* ST. MARY'S SEMINARY, Appellant.

1. Washington Mut. Fire Ins. Co. vs. St. Mary's Seminary, *ante*, p. 480 affirmed.

*Appeal from St. Louis Circuit Court.*

*Daniel Dillon*, for Appellant.

*W. H. Horner*, for Respondent.

SHERWOOD, Judge, delivered the opinion of the court.

This case is on all fours with that of the Washington Mutual Fire Insurance Co., decided at the present term, and for like reasons the judgment herein will also be affirmed. Judge Wagner absent. The other Judges concur.